# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 531 WAL 2014

                 Respondent

: Petition for Allowance of Appeal from the
: Order of the Superior Court

             v.

DESHUNA CROSBY,

                 Petitioner

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.